# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Honeywell International Inc. | ) ASBCA Nos. 61877-ADR, 62128-ADR |
| | ) |
| Under Contract Nos. DE-AM36-99EE73683 | ) |
| T.O. W911S1-08-F-0131 | ) |

APPEARANCES FOR THE APPELLANT:     Robert J. Sneckenberg, Esq.
Stephen J. McBrady, Esq.
Charles Baek, Esq.
  Crowell & Moring LLP
  Washington, D.C.

Samuel Rosenstein, Esq.
Eric Sharon, Esq.
  Honeywell International Inc.
  Morris Plains, NJ

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Larry M. Anderson, Esq.
Christopher A. Hawthorne, Esq.
Keith E. Lipiec, Esq.
  Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE WITWER

The parties have settled these appeals and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,500,000. This amount is inclusive of Contract Disputes Act interest.

Dated: June 22, 2021

_____
ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61877-ADR, 62128-ADR, Appeals of Honeywell International Inc., rendered in conformance with the Board's Charter.

Dated: June 22, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals